UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:03CR16-J

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.

CONNIE SUE HARR                                                                                  DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Before the Court is defendant Connie Sue Harr's Motion (DN 70) seeking an order that she will have paid her restitution in full once she has paid $3,005.00. Though the Motion does not specifically ask for amendment of the original Judgment and Commitment Order ("J&C"), the relief sought would require such an amendment. That is, the defendant asserts that she should be deemed to have paid her restitution in full when she has paid $3005.00, or one-third of the restitution total of $9,015.00, despite the language contained in the J&C ordering joint and several liability among the three defendants.

The United States has responded, citing U.S. v. Clark, 1997 WL571997 (6th Cir. 1997) for the proposition that plaintiff's request is tantamount to a request for a substantive amendment to her J&C under Fed.R.Crim.Pro. Rule 36, and that absent a clerical error, oversight or omission, the Court lacks jurisdiction to change the J&C. The same logic applies to the present case. Additionally, the plea agreement in this case prohibits the defendant from collaterally attacking her sentence, and that would include challenging the joint and several restitution portion of the sentence.

Accordingly, IT IS ORDERED that Defendant's Motion to deem her restitution paid in full once she has paid $3,005.00 is DENIED, and the joint and several nature of the restitution ordered in this case remains in full force and effect.

This is a final and appealable Order, and there is no just cause for delay.